FILED
00 AUG 10 PM 3:25
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

August 1999 Grand Jury '00 CR 2579 BTM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STEVEN SCOTT DECKER,<br>Defendant. | ) | Criminal Case No. ____________<br>I N D I C T M E N T<br>Title 18, U.S.C., Sec. 1030(a)(5)(A) - Intentionally Damaging a Protected Computer; Title 18, U.S.C., Sec. 1361 - Destruction of Government Property; Title 18, U.S.C., Sec. 1030(a)(2) - Unlawfully Obtaining Information from Government Computers |

The grand jury charges:

Count 1

Beginning on or about September 3, 1998, up to and including September 26, 1998, within the Southern District of California, defendant STEVEN SCOTT DECKER knowingly caused the transmission of programs, information, codes and commands and, as a result of such conduct, intentionally caused damage to protected computers, to wit: the computer system used by the United States Navy Space and Naval Warfare Systems Command, San Diego, California; in violation of Title 18, United States Code, Section 1030(a)(5)(A).

MDD:cks:San Diego
8/8/00

1

Count 2

Beginning on or about September 3, 1998, up to and including September 26, 1998, within the Southern District of California, defendant STEVEN SCOTT DECKER knowingly and willfully injured and committed depredations, and attempted willfully to injure and commit depredations, against property of the United States, to wit: computer source code of the GCCS-M Ashore program owned and maintained by the United States Navy, Space and Naval Warfare Systems Command, San Diego, California, thereby attempting to cause and causing damage exceeding the sum of $1,000 to such property; in violation of Title 18, United States Code, Section 1361.

Counts 3 through 20

On or about the dates and times set forth in Counts 3 through 20 below, within the Southern District of California, defendant STEVEN SCOTT DECKER intentionally accessed a computer without authorization and exceeded authorized access and thereby obtained information from a department and agency of the United States; to wit, the United States Navy, in that defendant STEVEN SCOTT DECKER obtained the electronic mail of Paul Kennedy, a civilian employee of the United States Navy, which mail was maintained upon a computer operated by the United States Navy Space and Naval Warfare Systems Command, San Diego, California:

| Count | Date | Time (start of session) |
|---|---|---|
| 3 | September 2, 1998 | 08:50 |
| 4 | September 2, 1998 | 16:46 |
| 5 | September 2, 1998 | 22:36 |
| 6 | September 3, 1998 | 23:34 |
| 7 | September 16, 1998 | 23:38 |

| Count | Date | Time (start of session) |
|---|---|---|
| 8 | September 17, 1998 | 21:50 |
| 9 | September 20, 1998 | 21:28 |
| 10 | September 21, 1998 | 23:50 |
| 11 | September 23, 1998 | 22:49 |
| 12 | September 24, 1998 | 10:01 |
| 13 | September 24, 1998 | 10:45 |
| 14 | September 24, 1998 | 15:06 |
| 15 | September 24, 1998 | 16:56 |
| 16 | September 25, 1998 | 09:05 |
| 17 | September 25, 1998 | 20:21 |
| 18 | September 26, 1998 | 17:47 |
| 19 | September 27, 1998 | 20:48 |
| 20 | September 28, 1998 | 17:28 |

All in violation of Title 18, United States Code, Section 1030(a)(2)(B).

DATED: August 10, 2000.

A TRUE BILL:

Foreperson

GREGORY A. VEGA
United States Attorney

By: MITCHELL D. DEMBIN
Assistant U. S. Attorney