AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

## APPEARANCE

00 CR 2579 BTM

Case Number: See Attached Case List

FILED
SEP 1 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY WJB DEPUTY

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
the United States of America for all of the cases identified in the attached list.

~~I certify that I am admitted to practice in this court.~~
I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

8/30/2006
Date

Mitchell D. Dembin
Signature

Mitchell D. Dembin — 114017
Print Name — Bar Number

880 Front Street, Room 6293
Address

San Diego — CA — 92101-8893
City — State — Zip Code

(619) 557-5558 — (619) 557-7381
Phone Number — Fax Number

3 Sb

**Active Criminal ATTY cases with Last Court MG or DC**
**(civil and criminal cases)**

**Date: 28-AUG-2006**

**Ausaname: Dembin, Mitchell**

| CASE NAME | COURT NUMBER | COURT |
|---|---|---|
| US v. Steven Scott Decker | 00CR2579BTM ✓ | DC - Fug |
| US v. Mouses Keshishyan | 06CR1663W ✓ | DC |
| US v. James Turner Hopper | 06CR1022IEG ✓ | DC |
| US v. Benjamin Munoz III | 06CR0831JAH ✓ | DC |
| US v. Jay Vern Heim | 06CR1544J ✓ | DC |
| US v Oson | 06cr1875 W ✓ | DC |
| US v Perez | 05cr1264LAB | DC - Fug |