ORIGINAL

KAREN P. HEWITT
United States Attorney
MITCHELL D. DEMBIN
Assistant U.S. Attorney
California Bar Number 114017
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5558
Electronic Mail: mitch.dembin@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
2007 OCT 17 PM 12: 18
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY AO DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. STEVEN SCOTT DECKER, Defendant. | ) | Case No. 00cr2579-BTM<br><br>EX PARTE MOTION AND ORDER TO UNSEAL ~~SEARCH WARRANT~~ INDICTMENT |

The United States of America, through its attorneys, Karen P. Hewitt, United States Attorney, and Mitchell D. Dembin, Assistant U. S. Attorney, moves this Court to unseal the Indictment returned on August 10, 2000.

In support of this Motion, counsel for the government states that the need for continued secrecy has passed.

Accordingly, it is requested that the Court order that the Indictment in Case No. 00cr2579-BTM be unsealed.

Dated: October 15, 2007

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

By: [signature]
MITCHELL D. DEMBIN
Assistant U. S. Attorney

**ORDER**

Upon motion of the United States, good cause appearing therefor, **IT IS HEREBY ORDERED** that the Indictment in Case No. 00cr2579-BTM is unsealed.

Dated:

[signature]
HONORABLE WILLIAM McCURINE, JR.
United States Magistrate Judge