Paul Michael DeCicco (SBN 150595)
Robert C. Schlein (SBN 97876)
401 "B" Street, Suite 2209
San Diego, CA 92101
Telephone: (619) 235-9026
Email: pdecicco@pmdlaw.com

*Attorneys for STEVEN SCOTT DECKER*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN SCOTT DECKER,<br><br>Defendant. | Case: 00CR2579-BTM<br><br>Date: December 21, 2007<br>Time: 1:30 p.m.<br><br>MOTION TO:<br><br>(1) COMPEL DISCOVERY;<br>(2) GRANT LEAVE TO FILE FURTHER MOTIONS |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, and MITCHELL D. DEMBIN, ASSISTANT UNITED STATES ATTORNEY

MOTION

Defendant, STEVEN SCOTT DECKER, by and through his attorneys, Paul M. DeCicco and Robert C. Schlein, asks this Court, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules, for an order to:

(1) Compel Discovery;

(2) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

//

//

Respectfully submitted,

Dated: December 11, 2007

/s/ROBERT C. SCHLEIN

Robert C. Schlein
Paul M. DeCicco
Attorneys for Defendant Steven Decker
robert@rcslaw.org / pdecicco@pmdlaw.com