Paul Michael DeCicco (SBN 150595)
Robert C. Schlein (SBN 97876)
401 "B" Street, Suite 2209
San Diego, CA 92101
Telephone: (619) 235-9026
Email: pdecicco@pmdlaw.com

*Attorneys for STEVEN SCOTT DECKER*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN SCOTT DECKER,<br><br>Defendant. | ) | Case: 00CR2579-BTM<br><br>Date: December 21, 2007<br>Time: 1:30 p.m.<br><br>NOTICE OF MOTION TO:<br><br>(1) COMPEL DISCOVERY;<br>(2) GRANT LEAVE TO FILE FURTHER MOTIONS |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, and
MITCHELL D. DEMBIN, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that on December 21, 2007 at 1:30 p.m. or as soon thereafter as counsel may be heard, Defendant, STEVEN SCOTT DECKER, by and through his attorneys, Paul M. DeCicco and Robert C. Schlein, will ask this Court to enter an order granting the accompanying motion.

Respectfully submitted,

Dated: December 11, 2007

/s/ROBERT C. SCHLEIN
Robert C. Schlein
Paul M. DeCicco
Attorney for Defendant DECKER
robert@rcslaw.org
pdecicco@pmdlaw.com