KAREN P. HEWITT
United States Attorney
MITCHELL D. DEMBIN
Assistant U. S. Attorney
California Bar No. 114017
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5558
Email: Mitch.Dembin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN SCOTT DECKER,<br><br>Defendant. | Criminal Case No. 00cr2579BTM<br><br>DATE: December 21, 2007<br>TIME: 1:30 p.m.<br><br>GOVERNMENT'S NOTICE OF MOTION AND MOTION FOR:<br><br>(1) RECIPROCAL DISCOVERY |

NOTICE OF MOTIONS

TO: Paul Decicco, Counsel for Defendant STEVEN SCOTT DECKER:

PLEASE TAKE NOTICE that on Monday, December 21, 2007, at 1:30 p.m., or as soon thereafter as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by its counsel, Karen P. Hewitt, United States Attorney, and Mitchell D. Dembin, Assistant United States Attorney, will move the court for an order granting the Government's Motion for Reciprocal Discovery.

MOTION

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Mitchell D. Dembin, Assistant United States Attorney, and hereby moves this Court for an Order granting the Government's motion for reciprocal discovery as required pursuant to Rule 16(b), Fed.R.Crim.P.

Date: December 18, 2007.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Mitchell D. Dembin
MITCHELL D. DEMBIN
Assistant United States Attorney