KAREN P. HEWITT
United States Attorney
MITCHELL D. DEMBIN
Assistant U. S. Attorney
California Bar No. 114017
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5558
Email: Mitch.Dembin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN SCOTT DECKER,<br><br>Defendant. | Criminal Case No. 00cr2579BTM<br><br>DATE: December 21, 2007<br>TIME: 1:30 p.m.<br><br>STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF GOVERNMENT'S MOTION FOR RECIPROCAL DISCOVERY |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Mitchell D. Dembin, Assistant United States Attorney, and hereby files the attached statement of facts and memorandum of points and authorities in support of government's motion for reciprocal discovery.

I

STATEMENT OF FACTS

The United States incorporates the Statement of Facts in its Response and Opposition to the Defendant's Motion for Discovery.

In addition, the defendant has requested and received discovery from the government which includes documents and objects subject to Rule 16(a)(1)(E), results of examinations and tests under Rule 16(a)(1)(F) and expert witnesses under Rule 16(a)(1)(G) and the government has and will comply. Consequently, the factual basis necessary for the government to request reciprocal discovery under Rule 16(b) has been satisfied.

II

POINTS AND AUTHORITIES

A. The Government Is Entitled to Reciprocal Discovery

The discovery provided to the defendant, at his request, includes documents and objects, such as the log files recovered from the attacked computers, which documents are discoverable under Rule 16(a)(1)(E). Consequently, the government is entitled to discover from the defendant any books, papers, documents, data, photographs, tangible objects, buildings or places, or copies or portions of any of these items that are in the defendant's possession, custody or control and which the defendant intends to use in the defendant's case-in-chief. See Rule 16(b)(1)(A), Fed.R.Crim.P.

The defendant also has requested disclosure of expert witnesses under Rule 16(a)(1)(G). Consequently, the United States is entitled to reciprocal discovery under rule 16(b)(1)(C).

The defendant also has requested discovery under Rule 16(a)(1)(F) for the results of scientific and other tests and the government has complied. Consequently, the United States is entitled to reciprocal discovery under Rule 16(b)(1)(B).

III

CONCLUSION

For the foregoing reasons, the government respectfully requests that its motions should be granted.

Date: December 18, 2007.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Mitchell D. Dembin
MITCHELL D. DEMBIN
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STEVEN SCOTT DECKER,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 00cr2579BTM<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, MITCHELL D. DEMBIN, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Government's Notice of Motion and Motion on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Paul Decicco
   Email: pdecicco@pmdlaw.com

2. Robert Schlein
   Email: robert@rcslaw.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 18, 2007.

s/Mitchell D. Dembin
MITCHELL D. DEMBIN