Paul Michael DeCicco (SBN 150595)
Robert C. Schlein (SBN 97876)
401 "B" Street, Suite 2209
San Diego, CA 92101
Telephone: (619) 235-9026
Email: pdecicco@pmdlaw.com

*Attorneys for STEVEN SCOTT DECKER*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STEVEN SCOTT DECKER,<br>Defendant. | Case: 00CR2579-BTM<br><br>JOINT MOTION TO CONTINUE MOTION HEARING<br><br>Date: February 15, 2008<br>Time: 1:30 p.m. |

Defendant, STEVEN SCOTT DECKER, by and through his attorney Robert C. Schlein and the government jointly request a continuance of the Motion Hearing currently calendared for February 15, 2008 at 1:30 p.m. The purpose of this continuance is to provide additional time for the parties to gather and analyze evidence. Much of the evidence in this case is technical computer data that is still being obtained. Additionally, relevant documentary evidence lies in the hands of the U.S. State Department and foreign governments, and is proving time consuming to obtain.

Defense counsel has spoken with AUSA Mitchell D. Dembin, who has indicated that the United States Attorney stipulates to this continuance and joins in this motion. The Defendant has been informed of this continuance and concurs in requesting it.

Dated: February 13, 2008

Respectfully Submitted,

/s/Robert C. Schlein
Robert C. Schlein
Attorney for Defendant Steven Decker

/s/Mitchell D. Dembin
Mitchell D. Dembin
Assistant United States Attorney