Paul Michael DeCicco (SBN 150595)
Robert C. Schlein (SBN 97876)
401 "B" Street, Suite 2209
San Diego, CA 92101
Telephone: (619) 235-9026
Email: pdecicco@pmdlaw.com

*Attorneys for STEVEN SCOTT DECKER*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STEVEN SCOTT DECKER,<br>Defendant. | Case: 00CR2579-BTM<br>Date: February 15, 2008<br>Time: 1:30 p.m.<br>ACKNOWLEDGMENT OF NEXT COURT DATE |

I, STEVEN SCOTT DECKER, hereby acknowledge and consent to a continuance of the motion hearing, previously scheduled for February 15, 2008, to March 28, 2008, at 1:30 p.m.

Respectfully submitted,

Dated: February 13, 2008

[signature]
Steven Scott Decker