**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v<br>STEVEN SCOTT DECKER,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 00CR2579-BTM<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Robert C. Schlein, am a citizen of the United States and am at least eighteen years of age. My business address is 401 "B" Street, Suite 2209, San Diego, California, 92101.

I am not a party to the above-entitled action. I have caused service of:

**1. Joint Motion to Continue Motion Hearing**
**2. Acknowledgment of Next Court Date**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Mitchell D. Dembin, Assistant United States Attorney

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2008.

s/Robert C. Schlein
ROBERT C. SCHLEIN