UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STEVEN SCOTT DECKER,<br>Defendant. | Case: 00CR2579-BTM<br><br>ORDER CONTINUING MOTION HEARING FROM FEBRUARY 15, 2008 TO MARCH 28, 2008 |

GOOD CAUSE APPEARING, it is hereby ordered that the Steven Scott Decker's Motion Hearing be continued from February 15, 2008, to March 28, 2008 at 1:30 p.m.

IT IS SO ORDERED.

DATED: February 13, 2008

Barry Ted Moskowitz

Honorable Barry Ted Moskowitz
United States District Judge