AO 245B (Rev. 9/00) Judgment in a Criminal Case
Sheet 1

FILED
08 APR 11 AM 11:49

FILED
08 APR 10 PM 2:47
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.
STEVEN SCOTT DECKER

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 00CR2579-BTM

ROBERT SCHLEIN / PAUL M. DeCICCO
Defendant's Attorney

REGISTRATION NO.

☐

THE DEFENDANT:
☒ pleaded guilty to count(s) 7 AND 8 OF THE INDICTMENT

☐ was found guilty on count(s) ______
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC 1030(a)(2) | Unlawfully Obtaining Information from Government Computers | 7 |
| 18 USC 1030(a)(2) | Unlawfully Obtaining Information from Government Computers | 8 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) ______

☒ Count(s) 1 through 6 and 9 through 20 is ☐ are ☒ dismissed on the motion of the United States.

☒ Assessment : $ 10.00 as to each count for a total of $20.00

☒ Fine waived ☐ Property forfeited pursuant to order filed ______, included herein.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

MARCH 28, 2008
Date of Imposition of Sentence

[signature]
WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

I have executed within amended Judgement and Commitment on 4/10/08

United States Marshal

By: [signature]
USMS Criminal Section

Entered Date:

00CR2579-BTM

AO 245B (Rev. 9/00) Judgment in Criminal Case
Sheet 2 — Imprisonment



DEFENDANT: STEVEN SCOTT DECKER
CASE NUMBER: 00CR2579-BTM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of
ONE (1) MONTH CUSTODY AS TO COUNTS 7 AND 8 TO RUN CONCURRENT

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at __________ ☐ a.m. ☐ p.m. on __________ .

as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before __________

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __________ to __________

at __________ , with a certified copy of this judgment.

__________
UNITED STATES MARSHAL

By __________
DEPUTY UNITED STATES MARSHAL

DEFENDANT: STEVEN SCOTT DECKER
CASE NUMBER: 00CR2579-BTM

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:

TWELVE (12) MONTHS AS TO COUNTS 7 AND 8 TO RUN CONCURRENT

## MANDATORY CONDITIONS

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

The defendant shall cooperate as directed in the collection of a DNA sample, pursuant to 18 USC 3583(d).

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter. Testing requirements will not exceed submission of more than ______ drug tests per month during the term of supervision, unless otherwise ordered by court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: STEVEN SCOTT DECKER
CASE NUMBER: 00CR2579-BTM

# SPECIAL CONDITIONS OF SUPERVISION

☐ Not possess any firearm, explosive device or other dangerous weapon.

☐ Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.

☐ The defendant shall violate no laws, federal, state and local.

☐ If deported, excluded, or allowed to voluntarily return to country of origin, obey all laws federal, state and local and not reenter the United States illegally and report to the probation officer within 72 hours of any reentry to the United States; the other conditions of supervision are waived upon deportation, exclusion, or voluntary departure.

☐ Not associate with undocumented aliens (while in U.S.A) or alien smugglers (anywhere).

☐ Not reenter the United States illegally.

☒ Not enter the Czech Republic without written permission of the Court or probation officer.

☐ Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

☐ Not possess any narcotic drug or controlled substance without a lawful medical prescription.

☐ Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.

☒ Defendant to surrender his passport to the U.S. Attorney's Office forthwith for the period that he is under house arrest. Defendant must apply to U.S. Attorney's Office for the return of his passport.

☒ Defendant must pay full restitution of $ 39,450.40 prior to travel to the Czech Republic.

☒ Defendant must keep the U.S. Attorney's Office informed of any changes of address.

☐ Provide complete disclosure of personal and business financial records to the probation officer as requested.

☒ Upon completion of the Home Confinement Program for five (5) months, the remaining seven (7) months of Supervised Release to be unsupervised.

☐ Maintain full time employment or education or a combination of both.

☐

☐ Complete hours of community service in a program approved by the probation officer within

☐ Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of

☐ Reside in a Residential Reentry Center (RRC) as directed by the Bureau of Prisons for a period of commencing upon release from imprisonment.

☐ Remain in your place of residence for a period of , except while working at verifiable employment, attending religious services or undergoing medical treatment.

☐ Not engage in any form of telemarketing, as defined in 18 USC 2325, without the written permission of the probation officer.

☒ Participate in the Home Confinement Program, which includes electronic monitoring and may include Global Positioning Satellite (GPS), or other location verification method for a term of five (5) months. The defendant is responsible for the cost of the program not to exceed $12.00 per day.

☐ Participate in a program of drug or alcohol abuse treatment, including urinalysis testing and counseling, as directed by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

DEFENDANT: STEVEN SCOTT DECKER
CASE NUMBER: 00CR2579-BTM

# RESTITUTION

The defendant shall pay restitution in the amount of $39,450.40 unto the United States of America.

This sum shall be paid ___ immediately.
x as follows:

The defendant is to pay $39,450.40 to the:

Department of Treasury, Spawar Stawarsyscen
Office of the Controller
53560 Hull Street
San Diego, CA 92138

The Court has determined that the defendant does have the ability to pay interest. It is ordered that:

___ The interest requirement is waived.

___ The interest is modified as follows: